UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAIL BOXES, ETC., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:06-cv-189-SEB-VSS |
| vs. ) | |
| ) | |
| GIL I. MCDOUGAL, ) | |
| ) | |
| Defendant. ) | |

### **ENTRY**

This action is before the Court on Defendant's First Motion to Dismiss for Improper Venue and Abstention, or in the Alternative, for Change of Venue (Docket No. 37) and Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief (Docket No. 42). The Court, having considered both motions, now rules as follows.

Defendant's Motion to Dismiss is GRANTED in part based on the clear and unambiguous forum selection clause in the parties' Franchise Agreement. As a result, the Court need not address, and does not address, the remaining issues raised by the parties. The dismissal is without prejudice to permit the re-filing of the remaining issues in the Superior Court of the State of California for the County of Los Angeles in conjunction with the pending case of <u>Morgate, LLC, et. al v. Mail Boxes Etc. Inc., et. al</u>, Case No. BC 294647. A judgment consistent with this Entry will issue.

IT IS SO ORDERED.

Date: 03/21/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Adam Arceneaux
ICE MILLER LLP
adam.arceneaux@icemiller.com

Catherine M. Burkhardt
DLA Piper Rudnick Gray Cary US LLP
catherine.burkhardt@dlapiper.com

Amy Michele Darby
GORDON & REES LLP
adarby@gordonrees.com

Melanie E. Harris
ICE MILLER LLP
melanie.harris@icemiller.com

Alice A. Kelly
DLA PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

M. D. Scully
GORDON & REES LLP
101 West Broadway
Suite 2000
San Diego, CA 92101

Brendan M. Starkey
DLA PIPER RUDNICK GRAY CARY US LLP
1999 Avenue of the Stars
Fourth Floor
Los Angeles, CA 90067-6022