UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAIL BOXES, ETC., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:06-cv-189-SEB-VSS |
| vs. | ) |
| | ) |
| GIL I. MCDOUGAL, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that Defendant's Motion to Dismiss is granted in part.

Judgment is entered for Defendant and against Plaintiff on the venue/forum selection issue only.

This action is dismissed without prejudice, each side to bear its own costs.

Date: 03/21/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Adam Arceneaux
ICE MILLER LLP
adam.arceneaux@icemiller.com

Catherine M. Burkhardt
DLA Piper Rudnick Gray Cary US LLP
catherine.burkhardt@dlapiper.com

Amy Michele Darby
GORDON & REES LLP
adarby@gordonrees.com

Melanie E. Harris
ICE MILLER LLP
melanie.harris@icemiller.com

Alice A. Kelly
DLA PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

M. D. Scully
GORDON & REES LLP
101 West Broadway
Suite 2000
San Diego, CA 92101

Brendan M. Starkey
DLA PIPER RUDNICK GRAY CARY US LLP
1999 Avenue of the Stars
Fourth Floor
Los Angeles, CA 90067-6022